FILED

09 SEP 16 AM 9: 24

RICHARD W. WIEKING
CLERK, U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Kenneth Martin Christison - # 052281

_____/



### ORDER TO SHOW CAUSE

It appearing that Kenneth Martin Christison has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.21 of the California Rules of Court and that he may not practice law while so enrolled effective August 21, 2009.

**IT IS ORDERED**

That respondent show cause in writing on or before October 22, 2009 as to why he should not be suspended from practice before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:

Kenneth Martin Christison
Attorney At Law
305 E Strawberry Dr.
Mill Valley, CA 94941