**FILED**

NOV 1 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | No CV 09 80251 MISC VRW |
| Kenneth Martin Christison, | ORDER |
| State Bar No 52281 | |

On September 16, 2009, the court issued an order to show cause (OSC) why Kenneth Martin Christison should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Rule 9.21 of the California Rules of Court, effective August 21, 2009.

The OSC was mailed to Mr Christison's address of record with the State Bar on September 18, 2009. A written response was due on or before October 22, 2009. No response to the OSC has been filed as of this date.

The court now orders Kenneth Martin Christison removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Kenneth Martin Christison,

_____/

Case Number: CV-09-80251   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Martin Christison
305 E Strawberry Dr
Mill Valley, CA 94941

Dated: November 18, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*